UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YEVGENI OSTROVSKI,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>JOHNNY BROUSSARD, SYLVIE LABATO,<br><br>　　　　　　　　　　Defendants. | No. C13-5421 BHS/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　Plaintiff is currently detained at the Northwest Detention Center in Tacoma, Washington. After review of Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 1), the undersigned finds that Plaintiff does not appear to have funds available to afford the $350.00 court filing fee.  Accordingly, his motion to proceed *in forma pauperis* (ECF No. 1) shall be **GRANTED**.  The Clerk is directed to mail a copy of this Order to Plaintiff.

　　　**DATED** this   10th   day of June, 2013.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1