UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YEVGENI OSTROVSKI,

                Plaintiff,

  v.

JOHNNY BROUSSARD, SYLVIE LABATO,

                Defendants.

No. C13-5421 BHS/KLS

ORDER DENYING MOTION FOR RELIEF FROM CUSTODY

     Plaintiff Yervgeni Ostrovski, who is currently detained at the Northwest Detention Center (NWDC) in Tacoma, Washington, filed this 42 U.S.C. § 1983 claiming that he was denied proper medical and dental care at the NWDC. ECF No. 4. He now files a "Motion for Relief from Custody," claiming that his deportation proceedings have been placed on hold pending this case. ECF No. 9. He asks that he be released from custody or removed to Israel. He also asks that this Court (1) allow him to communicate with the Court by mail, telephone, and/or Skype after his deportation; (2) allow his wife to litigate his case for him so that he can be deported; and/or (3) order the NWDC to place him on ankle monitoring or direct a bond hearing. ECF No. 9 at 3.

     On July 22, 2013, the United States Attorney's Office filed a Status Update advising the Court that Mr. Ostrovski is currently set for removal to Israel on August 12, 2013. ECF No. 11, Declaration of Jose H. Arroyo at ¶6.

ORDER - 1

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for relief from custody (ECF No. 9) is **DENIED.**

(2) The Clerk is directed to mail a copy of this Order to Plaintiff and Jenny A. Durkan and Kayla C. Stahman of the United States Attorney's Office.

**DATED** this  24th  day of July, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2