UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YEVGENI OSTROVSKI,

          Plaintiff,

v.

JOHNNY BROUSSARD, et al.,

          Defendants.

CASE NO. C13-5421 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' motion to dismiss (Dkt. 17) is **GRANTED** and Plaintiff's claims against Defendants Broussard and Labato are **dismissed with prejudice**.

Dated this 21st day October, 2013.

                        BENJAMIN H. SETTLE
                        United States District Judge

ORDER